UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VR SCHOOL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-06286-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 6 |

On December 5, 2023 plaintiffs filed a petition for a writ of mandamus under 28 U.S.C. § 1361 against the California Department of Education, et al. Dkt. No. 1. On December 13, 2023, the Court issued an order denying plaintiff Cheteni's motion for leave to proceed *in forma pauperis*. Dkt. No. 6. In that order, the Court indicated that if plaintiffs did not pay the filing fee and obtain an attorney for the VR School by January 26, 2024, the Court would dismiss the case without prejudice and no action would be taken on pending motions. *Id.*

Plaintiffs have not re-filed their complaint with a filing fee and no attorney has appeared for the VR School. Consequently, the Court hereby DISMISSES this case without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff Cheteni's ex parte application for emergency payment of undisputed funds at Dkt. No. 4 is denied as moot.

**IT IS SO ORDERED**.

Dated: January 29, 2024

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge