1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    THE VR SCHOOL, et al.,                    Case No.  23-cv-06286-SI

8                   Plaintiffs,
                                               **JUDGMENT**
9          v.

10   CALIFORNIA DEPARTMENT OF
     EDUCATION, et al.,
11
                   Defendants.
12

13         This case has been dismissed without prejudice.  Judgment is hereby entered accordingly.

14

15         **IT IS SO ORDERED AND ADJUDGED**.

16   Dated: January 29, 2024

17                                             _____

18                                             SUSAN ILLSTON
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28