UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM CHETENI,<br><br>        Plaintiff,<br><br>      v.<br><br>MALIA VELLA, et al.,<br><br>        Defendants. | Case No. 23-cv-06286-SI<br><br>**ORDER GRANTING JUDICIAL NOTICE AND DENYING SANCTIONS**<br><br>Re: Dkt. No. 86 |

Pro se plaintiff Freedom Cheteni filed a motion for judicial notice and for sanctions against defendants under Rule 11 of the Federal Rules of Civil Procedure. Dkt. No. 86. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is suitable for resolution without oral argument.

The Court GRANTS plaintiff's request for judicial notice of information listed on the California Department of Education's website regarding deadlines for the Emergency Assistance to Non-Public Schools (EANS) program. *See Emergency Assistance to Non-Public Schools Program*, California Department of Education, https://perma.cc/R62V-KVEZ. That website says that the state agency received an extension from the federal government so that the EANS "performance period" now ends on June 30, 2025. *Id.* EANS program participants "may continue to receive services until the end of the next academic year if they have the funding available" but that "[a]ll funding under this program must be obligated before September 30, 2024." *Id.*

After reviewing this information, the Court DENIES plaintiff's motion for sanctions. The Court does not read the information on the website as necessarily inconsistent with defendants' prior representations that the EANS program ended on September 30, 2024. Further, plaintiff incorrectly asserts that the Court "relied on [defendants'] misrepresentation in denying injunctive relief." Dkt.

No. 86. In fact, in its March 26, 2025 order, the Court chose not to rely on defendants' assertion about the close of the EANS program when denying in part defendants' motion for judgment on the pleadings. Dkt. No. 84 at 10.

The parties are scheduled to appear at a case management conference on Friday, April 18, 2025. At that time, the Court will review the parties' proposal(s) for a case schedule and discovery proceedings. The Court expects each side to be prepared to discuss what effect recent decisions from the U.S. Department of Education[1] and the ending of the EANS "performance period" on June 30, 2025 might have on this litigation and plaintiff's opportunities for relief.

**IT IS SO ORDERED**.

Dated: April 8, 2025

SUSAN ILLSTON
United States District Judge

---

[1] The Court takes note of the March 28, 2025 letter from the U.S. Department of Education attached to plaintiff's submission in Docket Number 87 that appears to end all federal COVID relief funding for education immediately, notwithstanding previously granted extensions.

2