UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM CHETENI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MALIA VELLA, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06286-SI<br><br>**ORDER DENYING REQUEST TO RENEW DISCOVERY MOTION**<br><br>Re: Dkt. No. 103 |

In a nineteen-page filing, plaintiff requests the Court allow him to renew a motion for compelled discovery and discovery sanctions. Dkt. No. 103. The Court DENIES plaintiff's request. The Court further suggests that plaintiff lower the level of his rhetoric at this stage of the case.

It appears to the Court that the parties may have early discovery disagreements. The Court reiterates that the process for resolving discovery disputes is covered in the Court's standing order:

> If, after a good faith effort, the parties have not resolved their dispute, they shall prepare a concise joint statement of 5 pages or less, stating the nature and status of their dispute. Absent an order of this Court, parties shall not file affidavits or exhibits, other than copies of the written requests for discovery and the answers or objections thereto. [¶] If a joint statement is not possible, each side may submit a brief individual statement of 2 pages or less.

Plaintiff has not followed this procedure. The Court encourages the parties to engage in good faith discussions regarding their discovery requests and obligations. If they cannot resolve their differences on their own, they may submit a five-page joint statement or individual statements of two pages or less that succinctly describe to the Court the parties' positions on the unresolved issues.

**IT IS SO ORDERED**.

Dated: June 6, 2025

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge