UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM CHETENI., <br><br> Plaintiff, <br><br> v. <br><br> MALIA VELLA, et al., <br><br> Defendants. | Case No. 23-cv-06286-SI <br><br> **ORDER RE: JUNE 10, 2025 DISCOVERY DISPUTE** <br><br> Re: Dkt. Nos. 105, 108 |

The parties have submitted a discovery dispute to the Court. Dkt. Nos. 105, 108. Plaintiff submitted a request for production of documents that includes seventy-three categories of documents. Dkt. No. 99. Defendant Vella has since informed plaintiff that it will produce all responsive non-privileged documents by July 3, 2025. Dkt. No. 108. Given the volume of production, defendant's response is entirely reasonable. Discovery does not close in this matter until October 17, 2025. *See* Dkt. No. 98. The Court recognizes the challenges of proceeding in discovery as a pro se plaintiff, but discovery necessarily involves some flexibility and give-and-take between the parties. The Court appreciates defendant's attempts to provide responsive documents and encourages plaintiff to exhibit greater patience in the process.

**IT IS SO ORDERED**.

Dated: June 13, 2025

SUSAN ILLSTON
United States District Judge