UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM CHETENI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MALIA VELLA, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06286-SI<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 109 |

Plaintiff filed a motion asking this Court to issue a temporary restraining order "enjoining Defendants from demanding, collecting, or disseminating the PII [personally identifiable information] of foreign students." Dkt. No. 109 at 5. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is suitable for resolution without oral argument, and VACATES the June 20, 2025 hearing.

According to plaintiff's filing, on June 5, 2025, the California Department of Education "demanded that California Non-Public Schools, including Plaintiff's institution, The VR School, produce PII for all enrolled foreign national students." *Id.* at 2. While plaintiff provides more than eighty pages of exhibits, these exhibits do not include any detail about the alleged June 5 demand. And although plaintiff describes the request as going to all non-public schools, he later claims the "invasive and intimidating PII demand" is retaliation for the lawsuit before this Court. *Id.* at 4. It is thus not clear to the Court what type of action plaintiff is challenging—a blanket request to all non-public schools or a targeted request to plaintiff. If the former, the request is unrelated to the subject of this litigation and plaintiff must file a separate suit. If the latter, the request relates to the

parties' discovery and plaintiff's concerns should be addressed through any relevant discovery objections, not a temporary restraining order. Accordingly, the Court DENIES plaintiff's motion.

**IT IS SO ORDERED**.

Dated: June 13, 2025

_____
SUSAN ILLSTON
United States District Judge