UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM CHETENI, <br><br> Plaintiffs, <br><br> v. <br><br> MALIA VELLA and CARRIE LOPES, <br><br> Defendants. | Case No. 23-cv-06286-SI <br><br> **ORDER RE: DEFENDANTS' EX PARTE APPLICATION** <br><br> Re: Dkt. No. 120 |

On July 30, 2025, defendants filed an ex parte application seeking an order restraining plaintiff's threatening conduct and/or sanctions against plaintiff. Dkt. No. 120. Defendants provided examples of plaintiff's hostile and belittling language directed toward defense counsel. Dkt. No. 120-1. Plaintiff filed a response on August 1, 2025 that did not address the specific conduct defendants found threatening. Dkt. No. 121.

In the email exchanges submitted by defendants, plaintiff appears to express disdain for "*ad hominem* theatrics." Dkt. No. 120-1 at 9. The Court advises plaintiff that he would be wise to heed his own words. While the Court will not issue sanctions at this time, the Court notes that the sort of language used by plaintiff—including name calling, sarcasm, and subtle threats—lessens plaintiff's credibility before the Court. The Court acknowledges that proceeding as a pro se plaintiff is difficult, but plaintiff should focus on responding to the pending discovery motions and refrain from unnecessary correspondence with defense counsel or the Court.

**IT IS SO ORDERED**.

Dated: August 1, 2025

_____
SUSAN ILLSTON
United States District Judge