UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM CHETENI,<br><br>  Plaintiff,<br><br>  v.<br><br>MALIA VELLA AND CARRIE LOPES,<br><br>  Defendants. | Case No. 23-cv-06286-SI<br><br>**ORDER DENYING MOTION FOR TRANSCRIPT PRODUCTION AND DIRECTING PLAINTIFF TO PROPER REQUEST FORM**<br><br>Re: Dkt. No. 131 |

Plaintiff's motion regarding transcript production is denied. Plaintiff is directed to https://cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/ for information about the proper procedure for ordering transcripts. Plaintiff's request for defendants to bear the cost of transcript production is likewise denied. Zoom recordings of the Court's hearings are not publicly available. Plaintiff may reach out to the Courtroom Deputy if he has any questions.

**IT IS SO ORDERED**.

Dated: August 14, 2025

_____
SUSAN ILLSTON
United States District Judge