UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VR SCHOOL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 23-cv-06286-SI<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 148, 149 |

The Court is in receipt of competing discovery motions. Dkt. Nos. 148, 149. Discovery in this matter closed on October 17, 2025. On October 15, 2025, pro se plaintiff Freedom Cheteni filed a forty-seven page "memorandum in support of motion to compel production and for severe sanctions," in which he raises six objections to defendants' production of documents. Dkt. No. 148 at 2.[1] On October 20, 2025, defendants filed a discovery letter brief regarding plaintiff's failure to respond to interrogatories and requests for production. Dkt. No. 149. Defendants present two separate requests in their motion: first, to preclude plaintiff from delivering documents responsive to defendants' <u>first</u> set of document requests covered by the Court's August 26, 2025 discovery order[2] (specifically, Request Nos. 22-28) now that discovery has closed, and second, to order

---

[1] Plaintiff has not followed the proper procedure for resolving discovery disputes notwithstanding multiple admonishments from the Court that individual discovery dispute statements must be two pages or less. Judge Illston Standing Order ¶ 3; *see* Dkt. Nos. 102, 104, 142.

[2] As background, on August 26, 2025, the Court denied plaintiff's motion to compel and granted defendants' motion to compel, ordering plaintiff to respond to defendants' interrogatories and requests for production within ten days of the order. Dkt. No. 135. On September 16, 2025, plaintiff filed an emergency request for document production, which the Court denied. Dkt. Nos. 142, 143. In response, defendants filed "defendants' individual statement in response to Dkt. No. 142," which explained the status of production and sought permission to file a motion for sanctions if plaintiff did not comply with the Court's August 26, 2025 discovery order by September 22, 2025.

plaintiff to respond to defendants' second and third set of document requests. *Id.*

The Court **ORDERS** defendants to respond to plaintiff's October 15, 2025 filing in an individual statement of two pages or less describing the status of their document production. The Court **ORDERS** plaintiff to respond to defendants' October 20, 2025 filing in an individual statement of two pages or less describing the status of his document production. The parties shall submit their two page individual statements by October 28, 2025.

**IT IS SO ORDERED**.

Dated: October 21, 2025

SUSAN ILLSTON
United States District Judge